UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-22125-CIV-MORENO**

SWATCH S.A., a/k/a SWATCH A.G.; and THE
SWATCH GROUP (U.S.) Inc.,

    Plaintiffs,

vs.

WATCH LAND, et al.,

    Defendants.
_____/



### DEFAULT JUDGMENT AS TO DEFENDANT JORGE EDWIN VILLEGAS MUNOZ

THIS CAUSE came before the Court upon Plaintiffs filing an executed return of service **(D.E. No. 9)**, filed on **November 17, 2009**.

THE COURT has considered the pertinent portions of the record, including the fact that Defendant was served on November 13, 2009, as indicated by the proof of service filed on November 17, 2009. The Court directs the clerk to enter default against Defendant **Jorge Edwin Villega Munoz,** for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Accordingly, it is

**ADJUDGED** that the Default Judgment is **ENTERED**. Judgment is hereby entered in favor of Plaintiffs SWATCH S.A., a/k/a SWATCH A.G.; and THE SWATCH GROUP (U.S.) Inc. and against Defendant Jorge Edwin Villegas Munoz. It is further

**ADJUDGED** that Plaintiff shall file an affidavit with the Court no later than **January 22, 2010** indicating damages and any equitable relief Plaintiff seeks against Defendant Jorge Edwin Villegas Munoz.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of December, 2009.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record