UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-22125-CIV-MORENO**

SWATCH S.A., a/k/a SWATCH A.G.; and THE
SWATCH GROUP (U.S.) Inc.,

    Plaintiffs,

vs.

WATCH LAND, et al.,

    Defendants.
_____/

### ORDER VACATING DISMISSAL AS TO DEFENDANTS INVERSIONES JEVM, INC. A/K/A JEVM, INC. AND JORGE EDWIN VILLEGAS MUNOZ

THIS CAUSE came before the Court upon the Joint Motion to Vacate Default Judgments as to Defendants Inversiones JEVM, Inc., A/K/A JEVM, Inc., and Jorge Edwin Villegas Munoz **(D.E. No. 22)**, filed on **January 20, 2010**.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. In light of this Court's Order issuing Final Judgment and Permanent Injunction on Consent as to Defendants Marlus, Inc., Inversiones JEVM, Inc., A/K/A JEVM, Inc., Martha H. Genta, Alejandro Genta, and Jorge Edwin Villegas Munoz, **(D.E. No. 24)** filed on **April 6, 2010**, the Court hereby VACATES the dismissal entered as to Defendants Inversiones JEVM, Inc., A/K/A JEVM, Inc., and Jorge Edwin Villegas Munoz, **(D.E. No. 16 and 17)**, filed on **December 16, 2009**. It is also,

**ADJUDGED** that Plaintiff's Motion for Enlargement of Time **(D.E. No. 23)** to file affidavits pursuant to this Court's Default Judgment is DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record